(No. 6575

WINNEBAGO COUNTY MENTAL HEALTH CLINIC, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 17, 1972.*

WINNEBAGO COUNTY MENTAL HEALTH CLINIC, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.